

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED** JKS
1/19/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| _____ | ) | |
| Casey Allen Crockett           , | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| **vs.** | ) | **Case No.** 1:26-cv-00678 |
| | ) | Judge John F. Kness |
| Morris Hospital & Healthcare Centers | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | RANDOM/Cat 2 |
| _____ , | ) | |
| | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner.  Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you.  You may cross out paragraphs that do not apply to you.  All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, ~~1985, and 1986~~.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is  Casey Allen Crockett                                              .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[*If* you need additional space for ANY section, please attach an additional sheet and reference that section.]

4.      Defendant, <u>Morris Hospital & Healthcare Centers                                    </u>, is
                                    (name, badge number if known)

☐ an officer or official employed by <u>                                                        </u>;
                                            (department or agency of government)
⬤ <u>corporate entity acting under color of state law                                    </u> or

☐ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.***

5.      The municipality, township or county under whose authority defendant officer or official

acted is<u>       Not Applicable                                    </u>. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6.      On or about<u>     12/27/2025     </u>, at approximately <u>                </u> ☐ a.m. ☐ p.m.
                        (month,day, year)
plaintiff was present in the municipality (or unincorporated area) of <u>     Morris          </u>

<u>                                        </u> , in the County of <u>     Grundy          </u>,

State of Illinois, at <u>Morris Hospital & Healthcare Center, Emergency Department     </u>,
                        (identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows ***(Place X in each box that applies)***:

✓     arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐     searched plaintiff or his property without a warrant and without reasonable cause;
☐     used excessive force upon plaintiff;
☐     failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐     failed to provide plaintiff with needed medical care;
☐     conspired together to violate one or more of plaintiff's civil rights;
☐     Other:

<u>                                                        </u>

<u>                                                        </u>

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7.     Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (**Leave blank**

***if no custom or policy is alleged***):_____

_____

_____

_____.

8.     Plaintiff was charged with one or more crimes, specifically:

<u>Plaintiff was not charged with any crime.</u>_____

_____

_____

_____

_____

9.     (***Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"***) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows_____

_____.

☑ Other: <u>No criminal proceedings were initiated. Plaintiff was civilly confined without</u>.
                <u>arrest or charges.</u>

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10.     Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

On or about 12/27/2025, Plaintiff arrived at Morris Hospital & Healthcare Centers in Morris, Illinois, seeking medical evaluation and care. Rather than providing appropriate treatment, Defendant Hospital, through its agents and employees, invoked and enforced an involuntary medical hold pursuant to Illinois law. Plaintiff did not consent to confinement and was informed, expressly or by conduct, that Plaintiff was not free to leave the facility. The statutory criteria required to justify an involuntary medical hold were not met, and no facts existed establishing that Plaintiff posed an imminent danger to self or others. Nevertheless, Defendant Hospital confined Plaintiff without a warrant, probable cause, or exigent circumstances. Documentation generated in support of the hold was conclusory, inconsistent, and unsupported by objective medical findings. Plaintiff was not under arrest, was not charged with any crime, and no lawful basis existed for the deprivation of liberty. As a result, Defendant Hospital unlawfully seized Plaintiff while exercising authority traditionally reserved to the State, thereby acting under color of state law, in violation of Plaintiff's rights under the Fourth and Fourteenth Amendments to the United States Constitution.

11.     Defendant acted knowingly, intentionally, willfully and maliciously.

12.     As a result of defendant's conduct, plaintiff was injured as follows:

loss of liberty, emotional distress, anxiety, humiliation, disruption of life.

13.     Plaintiff asks that the case be tried by a jury.     ☑ Yes        ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[*If you need additional space for ANY section, please attach an additional sheet and reference that section.*]

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A.     Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant;

B.     ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages

against the individual defendant; and

C.     Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: Casey Allen Crockett

Plaintiff's mailing address: 128 Meadors Cir

City Morris     State Illinois     ZIP 60450

Plaintiff's telephone number: ( 779 ) 205-5797 .

Plaintiff's email address *(if you prefer to be contacted by email)*:

Caseyy10@hotmail.com

15.     Plaintiff has previously filed a case in this district.  ☒ Yes  ☐ No

*If yes, please list the cases below.*

Crockett v. Federal Breau of Investigation; Dismissed for lack of jurisdiction.

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff.  An additional signature page may be added.*

5

[*If you need additional space for ANY section, please attach an additional sheet and reference that section.*]